# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
JAN 12 2005

Brian Dugan            **JUDGMENT IN A CIVIL CASE**

v.            Case Number: 03 C 4366

Kenneth Briley, et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 01/11/05, defendants' motion for summary judgment is granted in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 1/11/2005

Michael A. Wing, Deputy Clerk